**SEXTON v. FLAHERTY**

[341 N.C. 192 (1995)]

BILLY PAGE SEXTON, Administrator for Wilma J. Sexton v. DAVID H. FLAHERTY, Secretary, North Carolina Department of Human Resources and MARY DEYAMPERT, Director, Division of Social Services, North Carolina Department of Human Resources in their official capacities

No. 472A94

(Filed 28 July 1995)

On appeal pursuant to N.C.G.S. § 7A-30 and on discretionary review pursuant to N.C.G.S. § 7A-31(a) of a decision by a divided panel of the Court of Appeals, 115 N.C. App. 613, 446 S.E.2d 809 (1994), affirming a judgment entered by McLelland, J., on 3 May 1993 in Superior Court, Alamance County. Heard in the Supreme Court 20 June 1995.

*Legal Services of the Blue Ridge, Inc., by Charlotte Gail Blake, for petitioner-appellant.*

*Michael F. Easley, Attorney General, by Belinda A. Smith, Assistant Attorney General, for respondents-appellees.*

PER CURIAM.

AFFIRMED.